# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**MARIA KARPAITIS**                                                **PLAINTIFF**

**v.**                          **CAUSE NO. 1:21-cv-305-LG-BWR**

**MANDAL'S, INC.**                                                **DEFENDANT**

## ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 9th day of January, 2023.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge